**RECEIVED**
MAR 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**FILED**
MAR 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Name: Osman N. Ozsusamlar
Prison Number: 53271-054
Address or Place of Confinement:
U.S.P - Atwater
P.O. Box 019001
Atwater, CA 95301

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court

Osman Nuri Ozsusamlar
Full Name (First, Middle, Last)

Petitioner,

vs.

1- Federal Bureau of Prisons (FBOP)
2- Paul Copenhaver, Warden
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 1:13CV0422 SAB (HC)
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. ✓ prison discipline
5. _____ a parole problem
6. _____ other

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

# PETITION

(1) Place of detention: U.S.P - Atwater, California.

(2) Name and location of court which imposed sentence: Southern District of New York.

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: US v Ozsusamlar, 05 cr. 1077 (PKL), 1 count Murder for Hire violation 18 USC § 1958, 1 count Conspiracy Murder for Hire violation 18 USC § 1958(b), and 1 count Conspiracy Extortion violation 18 USC § 1951

(4) The date upon which sentence was imposed and the terms of the sentence: _____

(5) What was your plea (check one):   Not guilty (✓)   Guilty ( )   Nolo contendere ( )

(6) Kind of trial (check one):   Jury (✓)   Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes (✓)   No ( )

(8) If you did appeal, answer the following for each appeal:

FIRST APPEAL:
Name of court: Southern District of New York
Grounds raised (list each):
   1) Jurisdiction
   2) Ineffective Assistance trial and appeal consul.
Result/Date of result: Pending.

SECOND APPEAL:
Name of court: _____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State CONCISELY every ground on which you claim that your sentence is being executed in an illegal manner. Summarize briefly the facts supporting each ground. If necessary attach additional pages behind this page.

CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→ GROUND ONE <u>FBOP staff gave to disciplinary incident report violation of law, FBOP policy, rule, and regulation.</u>

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

<u>FBOP staff violated 28 CFR 7.12, Retaliation for Exercising Const. Rights 18 USC § 1519, destroy, cover-up ongoing federal investigation this is the matter FBOP MDC-Brooklyn, New York staff member created incident report no: 1601577 and until today exist impose sanction abuse and harassing to me. BOP staff treat me different than other inmate.</u>

→ GROUND TWO <u>DHO Officer violated own BOP Policy not allowed provide Turkish translator nor attempted to provide me with an Turkish interpreter.</u>

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

<u>"failure to report a violation of Standards of Employee Conduct, or Retaliation or discrimination against those who make a such a report "[P.S.-3420-09, Depart of Justice order pertaining to discipline and adverse actions and added and addition offense (#54)]" I don't speak and understand even today well nor at that time I don't speak nothing DHO Officer not allow own policy violated 5th Amendment's Rights Due Process Clause".</u>

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (✓)   No ( )   If your answer is no, explain why not: _____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL       Level of appeal: <u>BP-8 Unit Team</u>
Grounds raised (list each):
1) <u>Expunged or Exhausted incident Report no: 1601577.</u>
2) <u>Effect all of impose sanction vacated / rectify.</u>
Result/Date of result: <u>4-6-2012, denied no remedy appeal for sanction.</u>

SECOND ADMINISTRATIVE APPEAL       Level of appeal: <u>BP-9 Warden's Office.</u>
Grounds raised (list each):
1) <u>Expunged or Exhausted incident report 1601577 or 689736-F1</u>
2) <u>Effect all of impose sanction vacated / or rectify.</u>
Result/Date of result <u>May 23, 2012. Rejected without any justification notice give to me.</u>

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 3 of 5

689736-R2

THIRD ADMINISTRATIVE APPEAL    Level of appeal: BP-10, Western Regional Office
Grounds raised (list each):
    1) Expunged or Exhausted incident report 1601577; or 689736-R2
    2) Effect all of impose sanction vacated and rectify BoP file.
Result/Date of result: January 9, 2013 rejected.

FOURTH ADMINISTRATIVE APPEAL    Level of appeal: BP-11 Central Office
Grounds raised (list each):
    1) Expunged or Exhausted incident report no: 1601577; or 689736-A3
    2) Effect all of impose sanction vacated and rectify BoP file.
Result/Date of result: March 7, 2013 rejected.

(11) Is the grievance process completed?    Yes (✓)    No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )    No (✓)

(13) If your answer to Question #13 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: N/A
Nature of proceeding:
Grounds raised (list each):
    1)
    2)
Result/Date of result:

SECOND PREVIOUS PETITION
Name of court: N/A
Nature of proceeding:
Grounds raised (list each):
    1)
    2)
Result/Date of result:

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
N/A

(15) Are you presently represented by counsel?

Yes ( )   No (✓)

If so, provide your attorney's name, address, and telephone number:

_____

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (✓)   No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

--- SEE ATTACH
1. Motion for proceed in forma Pauperis
2. Last 6 months inmate account certificate

--- SEE ATTACH   PETITIONER RELIEF.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

March 15, 2013.
(Date)

(Signature of Petitioner)
Osman N. Ozsusamlar.
Reg. no # 53271-054

_____
(Signature of Attorney, if any)

## REQUEST FOR RELIEF

I am respectfully requesting in this Honorable Court expunged this disciplinary incident report no: 1601577. I need back 27 days loss GCT (disallow when available). I need all of sanction, restriction rectify and treat me like regular inmate.