BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN NURI OZSUSAMLAR,<br><br>          Petitioner,<br><br>v.<br><br>PAUL COPENHAVER, Warden, et al.<br><br>          Respondent. | CASE NO. 1:13-CV-00422-SAB (HC)<br><br>RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND |

Respondents, Paul Copenhaver, Warden, and Federal Bureau of Prisons, et al., by and through their undersigned attorneys, hereby request a 30-day extension of time to August 18, 2013, in which to file their answer to Ozsusamlar's § 2241 petition.  This motion is based on the attached declaration of Assistant U.S. Attorney Mia A. Giacomazzi.

DATED: July 17, 2013            Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                            By: /s/  Mia A. Giacomazzi
                                MIA A. GIACOMAZZI
                                Assistant U.S. Attorney

                        1
                                Ozsusamlar v. Copenhaver, et al.
                                    Case #1:13-CV-00422-SAB (HC)

D E C L A R A T I O N

I, MIA A. GIACOMAZZI, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am familiar with the facts described below.

2. This case is one of the Section 2241 Habeas matters assigned to Assistant U.S. Attorney, Mark J. McKeon.

3. As part of the effort to transition his cases to other attorneys in the U.S. Attorney's Office, I am now assigned to this case.

4. The Respondents' answer to Ozsusamlar's § 2241 petition is due July 19, 2013. The Respondents have not previously requested an extension of time.

5. The Bureau of Prisons' agency counsel (BOP Attorney) has provided information to assist in the preparation of the response in this matter. However, I have not had an opportunity to review all of the materials provided since I was recently assigned to this case. As such, and in an abundance of caution, I would respectfully request some additional time to review the file materials and documents, to conduct further research as needed, and to complete the final response in this matter.

6. The Respondents hereby respectfully request a 30-day extension of time until August 18, 2013, to respond to Ozsusamlar's § 2241 petition.

/ / /
/ / /
/ / /
/ / /
/ / /

2   Ozsusamlar v. Copenhaver, et al.
Case #1:13-CV-00422-SAB (HC)

1     7.   Petitioner has a projected release date of June 22, 2019, and will not be prejudiced by a late response.

    I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 17th day of July, 2013, at Fresno, California.

                                         /s/ Mia A. Giacomazzi
                                         MIA A. GIACOMAZZI

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 17, 2013, a copy of the RESPONDENT'S MOTION FOR EXTENSION OF TIME was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

Addressee(s):

Osman Nuri Ozsusamlar
Fed. Reg. #53271-054
USP ATWATER
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 019001
Atwater, CA 95301-0910

/s/ F. DaSILVA
F. DaSILVA

4

Ozsusamlar v. Copenhaver, et al.
Case #1:13-CV-00422-SAB (HC)