# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN NURI OZSUSAMLAR, | Case No. 1:13-cv-00422-SAB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| v. | |
| PAUL COPENHAVER, | [ECF No. 15] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 17, 2013, Respondent filed a motion for extension of time to file a response to the petition for writ of habeas corpus.

Good cause having been presented to the court,

IT IS HEREBY ORDERED that Respondent is granted thirty days to and including August 18, 2013, within which to file a response to the petition.

IT IS SO ORDERED.

Dated: **July 22, 2013**

UNITED STATES MAGISTRATE JUDGE

1