UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN NURI OZSUSAMLAR,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL COPENHAVER,<br><br>    Respondent. | Case No.: 1:13-cv-00422-SAB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>(ECF No. 17) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 17, 2013, Respondent filed a motion for extension of time to file a response to the petition for writ of habeas corpus.

Good cause having been presented to the court,

IT IS HEREBY ORDERED that Respondent is granted to and including August 29, 2013, within which to file a response to the petition.

IT IS SO ORDERED.

Dated:   **August 20, 2013**

UNITED STATES MAGISTRATE JUDGE

1