# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN NURI OZSUSAMLAR,<br><br>Petitioner,<br><br>v.<br><br>PAUL COPENHAVER, Warden, et al.,<br><br>Respondents. | Case No. 1:13-cv-00422-SAB-HC<br><br>ORDER REGARDING PETITIONER'S MOTION TO COMPEL COPIES<br>[ECF NO. 26]<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF RESPONSE ON PETITIONER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 6, 2013, Petitioner filed a vague motion in which it appears he is stating his copy of Respondent's answer that was served on or about August 29, 2013, was lost or destroyed. Petitioner states he requires a copy in order to file a traverse. He also requests additional time to file a traverse. Respondent did not file an opposition to the motion. In the interest of judicial efficiency, the Court will direct the Clerk of Court to serve a copy of the response on Petitioner. In addition, Petitioner will be granted an extension to file a traverse.

Petitioner also raises numerous other vague claims concerning the conditions of his confinement. He complains of retaliation and harassment by prison staff, and he claims that he should be held in a lower security prison. Such complaints are not proper in a habeas

1

proceeding.  Rather, a civil rights action pursuant to 42 U.S.C. § 1983 is the proper method for a prisoner to challenge the conditions of his confinement.  <u>McCarthy v. Bronson</u>, 500 U.S. 136, 141-42 (1991).

**ORDER**

 Accordingly, IT IS HEREBY ORDERED:

 1) The Clerk of Court is DIRECTED to serve a copy of Respondent's answer [ECF No. 19] on Petitioner;

 2) Petitioner is GRANTED thirty (30) days to file a traverse;

 3) Any other remaining request is DENIED.

IT IS SO ORDERED.

Dated:  **January 13, 2014**

UNITED STATES MAGISTRATE JUDGE